IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re: Candace N. Harden

Debtor(s)

Case No. 23-17022
Chapter 13

## CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN

*Select Section 1, A,B, or C, and complete Sections 2 and 3 if applicable, even if Section 1(A) is selected.*

1. (Select A, B, or C):

☐ A. This is an original plan, filed concurrently with the Petition, which will be mailed by the Clerk to all creditors on the Matrix. [*THIS OPTION MAY ONLY BE USED WHEN THE PLAN IS FILED WITH THE PETITION*]

☐ B. AMENDED PLANS ONLY INCREASING PAYMENTS: The Amended Chapter 13 Plan ☐ filed herewith / ☐ filed on _____, makes no changes from the last previously-filed plan other than to increase the amount payable under the plan. In such event, no service is required.

☑ C. ALL OTHER PLANS: This is to certify that on ___7/15/24___, I caused the Chapter 13 Plan ☑ filed herewith / ☐ filed on _____, to be mailed by first class mail, postage prepaid, to all addresses on the attached matrix or list. (If any parties on the matrix were served by CM/ECF instead of by mail, so indicate on the matrix with the email address served as indicated on the CM/ECF Notice of Electronic Filing).

**AND**

2. *Check and complete this Section and Section 3 if liens are proposed to be valued or avoided through the Plan.*

☐ I caused the Chapter 13 Plan ☐ filed herewith / ☐ filed on _____, to be served pursuant to Bankruptcy Rule 7004 on the following creditor whose lien is proposed to be impacted by the Plan (and not by separate motion) under Plan Paragraph 5.1 or 5.3. State address served and method of service. See Bankruptcy Rule 7004(h) if the party served is an insured depository institution. Attach separate sheets or repeat this paragraph for each such creditor served

_____
Name of Creditor

_____   _____
Name served                   Capacity (Resident Agent, Officer, etc.)

_____
Address

_____
City, State, ZIP

Method of Service: _____

Date Served: _____

**AND** Select A or B:

A. ☐ A proof of claim has been filed with respect to the lien or claim at issue prior to service of the Plan. I

**Local Bankruptcy Form M-1**

       also mailed a copy of the Plan and supporting documents under Section 3 below to the claimant at the name and address where notices should be sent as shown on the proof of claim.

      B.    ☐ No proof of claim has been filed for the lien or claim at issue.

3.    ☐ Along with each copy of the Plan served under Section 2, I included copies of documentation supporting Debtor's entitlement to the relief sought in Plan Paragraph 5.1 or 5.3 with respect to that creditor (for example, documents establishing the value of the property and the amount of any prior liens and the lien at issue), which I have also filed with the Court as a supplement to the Plan. ***This supplemental material need not be served with the plan on all creditors, only on affected secured creditors.***

      ☐ This is an amended Plan and the documentation supporting Debtor's entitlement to the relief sought in Plan Paragraph 5.1 or 5.3 has been previously served and filed as ECF docket entry _____.

I hereby certify that the foregoing is true and correct.

Dated: 7/15/2024

                                                      /s/ Eric S. Steiner
                                                      Debtor, Counsel for Debtor, or other Person effecting service

```
Capital One N.A.                 Ally Bank c/o AIS Portfolio Services, LLC    American Express National Bank
4515 N Santa Fe Ave              4515 N. Santa Fe Ave. Dept. APS              c/o Becket and Lee LLP
Oklahoma City, OK 73118-7901     Oklahoma City, OK 73118-7901                 PO Box 3001
                                                                              Malvern  PA 19355-0701
Lynn A. Kohen
U.S. Trustee Office
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770-6305
                                 Citibank, N.A.                               Discover Bank
                                 5800 S Corporate Pl                          Discover Products Inc
                                 Sioux Falls, SD  57108-5027                  PO Box 3025
NAVIENT                                                                       New Albany, OH  43054-3025
C/O Navient Solutions, LLC.
PO BOX 9640
Wilkes-Barre, PA 18773-9640
                                 LVNV Funding, LLC                            MERRICK BANK
                                 Resurgent Capital Services                   Resurgent Capital Services
                                 PO Box 10587                                 PO Box 10368
                                 Greenville, SC 29603-0587                    Greenville, SC 29603-0368


                                 PNC BANK RETAIL LENDING                      Resurgent Receivables, LLC
                                 P O BOX 94982                                Resurgent Capital Services
                                 CLEVELAND OH 44101-4982                      PO Box 10587
                                                                              Greenville, SC 29603-0587
```